# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBYN COFFEY, on behalf of herself and all others similarly situated, | § § § | |
| Plaintiff, | § § | Civil Action No. CIV-10-1054-C |
| vs. | § § | |
| CHESAPEAKE EXPLORATION, L.L.C., and CHESAPEAKE OPERATING, INC. | § § § § | |
| Defendant. | § | |

## DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Plaintiff, Robyn Coffey, on behalf of herself and all other similarly situated, and dismisses this cause of action without prejudice against Defendants pursuant to Rule 41(a) of the Federal Rules of Federal Procedure.

Dated: October 20, 2010

Respectfully submitted,

THE WEST LAW FIRM
ATTORNEYS FOR PLAINTIFF

*s/ Bradley C. West*
TERRY W. WEST, OBA NO. 9496
BRADLEY C. WEST, OBA NO. 13476
GREGG W. LUTHER, OBA NO. 14664
J. SHAWN SPENCER, OBA NO. 18840
124 W. Highland – P.O. Box 698
Shawnee, Oklahoma 74802-0698
(405) 275-0040 – Phone
(405) 275-0052 – Fax

Russell Jackson Drake
Whatley, Drake & Kallas
1000 Park Place Tower
Birmingham, AL 35203
(205) 328-9576 (phone)
(205) 328-9669 (fax)
jdrake@wdklaw.com

Greg Cade
Larry Wright
3529 7th Avenue South
Birmingham, AL 35222
(205) 328-9200 (phone)
(205) 328-9456 (fax)
Gregc@elglaw.com
larry@elglaw.com

Brandy Bramlett
3005 S. Lamar Blvd. D-109-388
Austin, TX 78704-4785
(512) 501-6333 (phone)
(888) 304-4340 (fax)
brandy@bramlettlaw.net

Michael Howell
Howell Law Firm
4309 Yoakum Blvd., Suite 3000
Houston, TX 77006
(713) 521-6572 (phone)
(713) 400-1864 (fax)
mike@mhowell-law.com

Dennis C. Reich
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, Texas 77027
713-622-7271 (phone)
713-623-8724 (fax)
dreich@reichandbinstock.com

Robert Chaffin
Chaffin Law Firm
4265 San Felipe, Suite 1020
Houston, Texas 77027
(713) 528-1000 (phone)
(713) 952-5972 (fax)
Robert@chaffinlawfirm.com
